STATE OF NEW JERSEY v. STANLEY HYMAN.

April 18, 1972. Petition for certification denied.

SALLIE EVANS v. T. I. MC CORMICK TRUCKING CO.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. MORRIS WALKER.

April 18, 1972. Petition for certification denied.

THOMAS W. LANE v. CHARLES BESELER CO.

April 18, 1972. Petition for certification denied.

JOSEPH YUCHNIEWICZ v.
MICHAEL RIESZ & CO., INC., *ET AL.*

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH PALMER.

April 18, 1972. Petition for certification granted.